

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2019

No. 04-19-00066-CV

**IN RE ALLIED PROPERTY & CASUALTY INSURANCE COMPANY**,
Appellant

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018-CV-02309
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

The Real Parties in Interests' Motion for Extension of Time to File Their Response to Relator's Petition for Writ of Mandamus is hereby GRANTED. Time is extended until February 25, 2019.

It is so **ORDERED** on February 26, 2019.

**PER CURIAM**

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court